**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

July 24, 2023

**LETTER ORDER**

Re:   **LERNER v. MIDLAND FUNDING LLC et al**
**Civil Action No. 20-7838 (JMV)**

**ZAMORA v. MIDLAND CREDIT MANAGEMENT, INC.**
**Civil Action No. 21-13290 (BRM)**

Dear Counsel:

As discussed during the telephone conference held in these matters earlier today, the Court

orders the following:

1) Civil Action Nos. 20-7838 and 21-12390 and any pending motions therein are hereby

   **ADMINISTRATIVELY TERMINATED**.

2) This shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41.

3) Any party may file a letter request to reopen these matters and restore them to the Court's

   active docket at the appropriate juncture.

**IT IS SO ORDERED.**

      s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**